AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTOS MENA SIXTOS,<br><br>Defendant(s) | Case No.   2:21-mj-04560 -DUTY |



LODGED
CLERK, U.S. DISTRICT COURT

10/1/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____JB____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

October 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CD____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

As described in the accompanying attachment, defendant violated the following statutes:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1344(2), 1028A | Bank Fraud, Aggravated Identity Theft |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s *Francisco Solorio Perez*
Complainant's signature

Postal Inspector Francisco Solorio Perez
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 1, 2021

Judge's signature

City and state: Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
Printed name and title

AUSA Andrew Brown, 11th Floor, x0102

**Attachment to Complaint**

COUNT ONE

[18 U.S.C. § 1344(2)]

Beginning in 2013, and continuing through at least September 27, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant SANTOS MENA SIXTOS ("defendant MENA SIXTOS"), knowingly and with intent to defraud, executed and attempted to execute a scheme to obtain monies and funds owned by and in the custody and control of Bank of America, a federally insured financial institution, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts. To execute the fraudulent scheme, defendant MENA SIXTOS applied for disability benefits in the names of victims of identity theft, causing the Employment Development Department of California to mail debit cards issued by Bank of America in those names. Defendant MENA SIXTOS then impersonated those victims of identity theft and withdrew at Bank of America ATMs at least $648,000 using EDD debit cards.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in 2013, and continuing through at least September 27, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant SANTOS MENA SIXTOS knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name of victim E.M. on or about February 26, 2021, during and in relation to a felony violation of Title 18, United States Code, Section 1344(2), Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

**AFFIDAVIT**

I, Francisco Solorio Perez, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against SANTOS MENA SIXTOS ("SIXTOS") for violation of Title 18, United States Code, 1344(2) (Bank Fraud) and 18 U.S.C. 1028A (Aggravated Identity Theft).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**BACKGROUND OF AGENT**

3. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since August 2019. I have completed a fourteen-week basic training course in Potomac, Maryland, which included training in the investigation of identity theft via the United States Mail. I am currently assigned to the USPIS Los Angeles Division, Mail Theft team where my responsibilities include the investigation

of crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of Unites Sates Mail, fraud, and related activity in connection with access devices, identity theft, and unauthorized use of other persons' information for financial gain.

## SUMMARY OF PROBABLE CAUSE

4.  Employment Development Department ("EDD") Criminal Investigator Romo ("Investigator Romo") identified at least 125 fraudulent State Disability Insurance ("DI") claims submitted to EDD from approximately 2013 to 2021.  The personal identifying information including the social security numbers ("SSNs") of at least 50 individuals was used to file these fraudulent DI claims.

5.   Investigator Romo reviewed some of the claims and noticed the claimant address and the certifying physician or practitioner was often similar.  Among the fraudulent DI claims filed, was a DI claim filed by SIXTOS on or about 2013. Investigator Romo reviewed video surveillance footage from Bank of America, which I know to be federally insured, and State of California Department of Motor Vehicles ("DMV") pictures of the claimants including SIXTOS and identified SIXTOS as the individual making withdrawals at ATMs under different accounts for different persons.  I searched law enforcement databases and learned SIXTOS used some of the addresses listed on the fraudulent DI claims as his mailing address.

6. On or about August 26, 2021, I swore out a tracking warrant for a cellular telephone used by SIXTOS before Honorable Pedro V. Castillo, United States Magistrate Judge, based on an earlier version of this affidavit.

7. On or about September 15, 2021, surveillance was conducted on SIXTOS. I noticed SIXTOS was wearing clothing that resembled some of the clothing the person who I believe to be SIXTOS was wearing on ATM surveillance footage.

## STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

    **A.   The Employment Development Department Disability Insurance Background**

9. The Employment Development Department's Disability Insurance ("DI") is a component of the State Disability Insurance ("SDI") program, established in 1946.  DI provides a partial wage replacement benefits to eligible California workers who are unable to work due to a non-work-related illness, injury, or pregnancy.  DI benefits may also be paid for work-related illness or injuries under certain circumstances prescribed by law.

10. A DI claim can be filed over the internet using SDI Online, or by submitting a paper claim form, "Claim for Disability Insurance Benefits" ("DE2501"), via mail, or at a DI office.  The claimant must complete part A, "Claimants Statement", of the DE2501, and have a physician/practitioner

complete part B, "Physician/Practitioner Certificate", certifying to the disability with an expected release date to return to regular or customary work.

11. The EDD benefits are paid by means of Electronic Benefit Payments to an EDD debit card. A debit card is automatically mailed to the claimants who are determined eligible for benefits. EDD through Bank of America provides claimants with a debit card that is valid for three years from the date of issue. DI benefit payments for which claimants are eligible are deposited to the debit card account. Claimants have access to their funds 24 hours a day, seven days a week everywhere Visa debit cards are accepted. The claimant name appears on the debit card as the benefit payment recipient. Once the card is received, the claimant activates the card by calling the number of the sticker placed on the card or online by providing the card number, expiration date, social security number and the three digit security code on the card. The debit card has no daily purchase or withdrawal limits and the claimants have full access to their available balance at any time. However, ATM owners determine how much their ATMs will dispense per transaction.

    **B.    Fraudulent Disability Insurance Claims Filed Under Different Identities**

12. Investigator Romo reviewed approximately 125 DI claims filed via mail under approximately 50 different identities for an approximate actual loss of $648,961.13 and a potential loss of approximately $1,307,402. Investigator Romo noticed the

certifying physician/practitioner, claimant addresses and diagnosis on the applications were often the same. Approximately 79 claims listed 1129 ½ E. 28th St., Los Angeles, as the claimant's address. Approximately 15 claims listed 3158 Verdugo Rd., #10, Los Angeles (other variations of this address included 3158 Verdugo Rd., A10 and 3158 Verdugo Pl., #10), as described in more detail below, SIXTOS' own DI claim also listed the 3158 Verdugo Rd., Apt 10 in Los Angeles, CA 90065 address. Approximately eight claims listed 2913 S. Flower St., A8, Los Angeles, as the claimant's address. As described in more detail below, each of these addresses was used by SIXTOS at some point. Approximately 30 DI claims listed Dr. Chanin as the certifying physician/practitioner. As described in more detail below, SIXTOS' own DI claim also lists Dr. Chanin. Approximately 58 DI claims listed Dr. Atamian as the certifying physician/practitioner.

     C.    **SIXTOS is on ATM Video Using Five Other Persons' Accounts**

13. On or about March 15, 2019, Investigator Romo received surveillance footage from Bank of America, which showed the same individual making withdrawals at ATMs under different accounts for different persons. Investigator Romo compared State of California Department of Motor Vehicles ("DMV") pictures of the claimants, including SIXTOS, with that of the surveillance footage and identified SIXTOS as the individual making the withdrawals under at least five accounts, including those of identity theft victims E.M. and R.T., discussed later.

14. On or about April 29, 2019, Investigator Romo spoke with Dr. Atamian regarding fraudulent DI claims that listed Dr. Atamian as the certifying physician/practitioner. Investigator Romo showed Dr. Atamian approximately 27 claims dating back from 2014 to 2019 submitted to EDD which listed Dr. Atamian as the certifying physician/practitioner. Dr. Atamian stated he did not certify any of the 27 claims and did not authorize anyone to complete on his behalf. Included in the 27 claims shown to Dr. Atamian was a claim filed on E.M.'s behalf filed on 2018 and two claims filed on R.T.'s behalf filed on 2016 and 2018.

15. On July 28, 2021, I spoke with R.T. who stated he has never filed a DI claim with EDD. R.T. confirmed his date of birth and SSN listed in the claims filed with EDD on 2016, 2017, 2018 and 2019. The following are claims filed on R.T.'s behalf:

| Date | Doctor | Address | Actual Loss |
|---|---|---|---|
| 12/30/19 | Dr. Atamian | 1129 ½ E. 28th St., Los Angeles, CA 90011 | $12,152.86 |
| 09/28/18 | Dr. Atamian | 1129 ½ E. 28th St., Los Angeles, CA 90011 | $5,001.43 |
| 08/21/17 | Dr. Chanin | 2913 S. Flower St. A8, Los Angeles, CA 90007 | $12,574.43 |
| 05/14/16 | Dr. Atamian | 2237 Carlyle Pl., Los Angeles, CA 90065 | $14,058.86 |

16. I reviewed the DI claims identified as fraudulent between 2016 and 2019 related to R.T.'s DI claims. Based on my review, there was an approximate total loss of $43,787.58 and a

potential loss of $167,856.00. I checked law enforcement databases and learned SIXTOS's known address on or about 2018 was 2913 S. Flower St., Apt.8, in Los Angeles, California—the same address used for the fraudulent claim in the name of R.T. SIXTOS's driver license records from on or about 2015 listed the 2913 S. Flower St., Apt. 8, in Los Angeles, California as his address.

17. I compared video surveillance images of ATM withdrawals between 2018 and 2020 related to R.T.'s DI claims, DMV photographs of SIXTOS, and my personal and live observations of SIXTOS during our surveillance of him on or about September 15, 2021, and I am confident that SIXTOS is the person photographed conducting the following transactions using R.T.'s identity:

| Date | Location | Transaction Amount |
|---|---|---|
| 03/06/2020 | Sixth & Central Los Angeles, CA | $1,000.00 |
| 03/06/2020 | Figueroa & 31st Los Angeles, CA | $800.00 |
| 01/28/2020 | Figueroa & 31st Los Angeles, CA | $980.00 |
| 11/22/2018 | Sixth & Central Los Angeles, CA | $980.00 |
| 11/22/2018 | Figueroa & Adams Los Angeles, CA | $980.00 |
| 11/19/2018 | Figueroa & Adams Los Angeles, CA | $500.00 |
| 11/19/2018 | Figueroa & Adams Los Angeles, CA | $500.00 |
| 11/19/2018 | Sixth & Central Los Angeles, CA | $500.00 |

| 11/19/2018 | Sixth & Central Los Angeles, CA | $500.00 |

18. On or about July 28, 2021, R.T. stated he does not know anyone by the name SIXTOS and that he did not give SIXTOS or anyone else permission to possess or use his SSN or to file any DI claims on his behalf.

19. On July 28, 2021, I spoke with E.M. who stated he has never filed a DI claim with EDD.  Investigator Romo showed the 2021 DI claim filed on E.M.'s behalf and E.M. confirmed his date of birth and SSN listed in the claim.  The following are the claims filed on E.M.'s behalf:

| Date | Doctor | Addresses | Actual Loss |
|---|---|---|---|
| 01/11/21 | Dr. Atamian | 420 S. Vine Ave., Ontario, CA 91762 | $36,639.00 |
| 10/31/18 | Dr. Atamian | 1129 ½ E. 28th St., Los Angeles, CA 90011 | $54,671.00 |
| 11/01/16 | Dr. Atamian | 2913 S. Flower St. A8, Los Angeles, CA 90007 | $33,488.00 |
| 01/07/15 | Dr. Chanin | 3158 Verdugo Rd., A10, Los Angeles, CA 90065 | $36,006.00 |
| 03/01/13 | Dr. Chanin | 3158 Verdugo Rd., A10, Los Angeles, CA 90065 | $40,924.00 |

20. I reviewed the DI claims identified as fraudulent between 2013 and 2021 related to E.M.'s DI claims.  Based on my review, there was an approximate total loss of $201,728.00 and a potential loss of $237,692.  I noticed that the 3158 Verdugo

Rd., Apt. 10, Los Angeles address used for the fraudulent E.M. DI claim was the same address SIXTOS listed on his DI claim on or about 2013.

21. I compared video surveillance images of ATM withdrawals between 2019 and 2021 related to E.M.'s DI claims, DMV photographs of SIXTOS, and my personal and live observations of SIXTOS during our surveillance of him on or about September 15, 2021, and I am confident that SIXTOS is the person photographed conducting the following transactions using E.M.'s identity:

| Date | Location | Transaction Amount |
| --- | --- | --- |
| 04/14/2021 | Broadway & Manchester Los Angeles, CA | $720.00 |
| 03/13/2021 | Figueroa & 31st Los Angeles, CA | $1,000.00 |
| 03/02/2021 | Sixth & Central Los Angeles, CA | $760.00 |
| 02/26/2021 | Sixth & Central Los Angeles, CA | $1,000.00 |
| 02/26/2021 | Sixth & Central Los Angeles, CA | $1,000.00 |
| 02/17/2021 | Figueroa & Adams Los Angeles, CA | $1,000.00 |
| 04/19/2019 | Figueroa & 31st Los Angeles, CA | $1,000.00 |
| 04/19/2019 | Figueroa & Adams Los Angeles, CA | $1,000.00 |
| 04/06/2019 | Figueroa & 31st Los Angeles, CA | $1,000.00 |
| 04/05/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |
| 03/24/2019 | Figueroa & 31st Los Angeles, CA | $1,000.00 |
| 03/23/2019 | Sixth & Central Los Angeles, CA | $980.00 |
| 03/12/2019 | Figueroa & Adams Los Angeles, CA | $100.00 |
| 02/23/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |

| 02/22/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |
| 02/14/2019 | Figueroa & Adams Los Angeles, CA | $300.00 |
| 02/09/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |
| 02/08/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |
| 01/25/2019 | Sixth & Central Los Angeles, CA | $980.00 |
| 01/11/2019 | Figueroa & 31st Los Angeles, CA | $980.00 |

22. I reviewed video surveillance of ATM withdrawals related to E.M.'s DI claims, and saw SIXTOS exit an older model black Chevrolet pickup truck with no front license plate on or about April 5, 2019 prior to conducting a transaction using E.M.'s identity. I checked law enforcement databases and learned SIXTOS was the registered owner of a 1991 Chevrolet pickup truck ("the Chevrolet"). I checked law enforcement databases for images of the Chevrolet and learned the Chevrolet was a black pickup truck. I learned that on or about 2016 the Chevrolet was registered to SIXTOS with an address of 2913 S. Flower St., Apt. 8, in Los Angeles, California--the same address used for the fraudulent claims in the names of R.T. and E.M.

    **D.    EDD Investigators Watched SIXTOS Commit Fraud in a Vehicle Registered to SIXTOS**

23. According to EDD reports, EDD investigators conducting surveillance of SIXTOS on July 24, 2019, watched him make an ATM withdrawal that bank records later showed was on a DI account in the name of identity theft victim E.M. The surveillance report indicates that he was driving a Mercedes SUV with the vanity

plate "TJMOGUL."  DMV records show that this vehicle was registered to SIXTOS.

### E. SIXTOS Lived at Addresses to Which the Fraudulent EDD Cards Were Sent

24. On or about July 06, 2021, I searched a law enforcement database for SIXTOS' last known addresses and learned that in between 2011 and 2018, SIXTOS's known address was 2913 S. Flower St., Apt.8, in Los Angeles, California--one of the addresses used to receive the fraudulent debit cards. The search also revealed that on or about 2020, SIXTOS's known address was 3158 Verdugo Rd., Apt.10, in Los Angeles, California--another address used to receive the fraudulent debit cards.

### F. SIXTOS Frequently Crosses the U.S./Mexico Border and Has an Itinerant Lifestyle

25. I have attempted to locate SIXTOS's whereabouts through database and other searches, but have not been able to identify his current address.

26. On or about May 13, 2021, SIXTOS submitted an unemployment insurance claim in his name and provided phone number 619-703-1816 (the "Subject Telephone"), as his telephone number.

27. On or about August 18, 2021, Investigator Romo placed a telephone call to the Subject Telephone for the purpose of verifying the phone number listed on SIXTOS's 2021 unemployment insurance claim.  SIXTOS answered the telephone call and confirmed his name and last four numbers of his SSN.  SIXTOS verified the Subject Telephone as his contact number.

28. On or about August 26, 2021, I swore out a tracking warrant for the Subject Telephone, a cellular telephone issued by AT&T and believed to be used by SIXTOS before Honorable Pedro V. Castillo, United States Magistrate Judge, based on an earlier version of this affidavit.

29. On or about September 2, 2021 at approximately 9:55 a.m., I learned the Subject Telephone's approximate location was in Tijuana, Mexico. At approximately 3:00 p.m., the Subject Telephone's approximate location was in the area of Los Angeles, California. Later that same day, at approximately 9:20 p.m., the Subject Telephone's approximate location was in San Diego, California near the United States and Mexico border. The Subject Telephone's approximate location continued in San Diego, California near the United States and Mexico border until September 4, 2021, at approximately 2:05 p.m.

30. Starting on or about September 4, 2021 at approximately 2:22 p.m. to September 6, 2021 at approximately 10:50 a.m., there was no location information provided for the Subject Telephone.

31. Starting on or about September 6, 2021 at approximately 11:07 a.m. to September 7, 2021 at approximately 2:21 p.m., the approximate location for the Subject Telephone was in San Diego, California near the United States and Mexico border.

32. Starting on or about September 7, 2021 at approximately 2:36 p.m. to September 11, 2021 at approximately

12:58 p.m., there was no location information provided for the Subject Telephone.

33. Starting on or about September 11, 2021 at approximately 1:13 p.m. to September 12, 2021 at approximately 1:47 p.m., the approximate location for the Subject Telephone was in San Diego, California near the United States and Mexico border.

34. Starting on or about September 12, 2021 at approximately 1:03 p.m. to September 14, 2021 at approximately 1:53 p.m., there was no location information provided for the Subject Telephone.

35. On or about September 12, 2021 at approximately 10:59 p.m., I called the Subject Telephone and recognized the ringback tone as an international tone.

### G. SIXTOS Appears to Have Been Living Out of His Car Until it Was Towed on September 15, 2021

36. On or about September 14, 2021, I learned SIXTOS crossed the United States and Mexico border, entering the United States.

37. On or about September 15, 2021, Investigator Romo and Postal Inspectors Chris Siouris, Michael Durocher, Denelle Gutierrez and I conducted surveillance of SIXTOS.

38. I reviewed the historical cell-cite information for the Subject Telephone. Based on my review, I learned the Subject Telephone was near or in the area of 1801 South Central Avenue in Los Angeles, California.

39. At approximately 6:00 a.m., Postal Inspectors located SIXTOS inside a black BMW sedan bearing license plate 8VRE067 ("the BMW"). The BMW was parked on East 20th Street near the Washington Auto Services at 1921 South Central Avenue in Los Angeles, California ("Auto Shop"). It appeared SIXTOS had been sleeping inside the BMW.

40. At approximately 8:49 a.m., employees from the Auto Shop and SIXTOS pushed the BMW into the parking lot of the Auto Shop and at approximately 10:55 a.m., the BMW was pushed back to where it was originally parked. Moments later, SIXTOS began taking items from inside the BMW and placing them inside the premises of the Auto Shop. At approximately 12:05 p.m., a tow truck arrived at the Auto Shop and towed the BMW. Once the BMW was loaded onto the flatbed tow truck, SIXTOS grabbed a backpack, an Adidas duffle bag and what appeared to be a portable speaker and walked to a bus stop.

41. I noticed SIXTOS was wearing a white fedora hat, a black sweater with the letters "USC" in front and a black Adidas duffle bag which resembled some of the items the person who I believe to be SIXTOS was wearing on ATM surveillance footage and images.

42. I reviewed video surveillance related to ATM withdrawals from 2021 related to E.M.'s DI claims where the person conducting the withdrawals was wearing either a white fedora hat, a black sweater with the letters "USC" in front or a black Adidas duffle bag. Based on my review, I identified the following transactions:

| **Date** | **Location** | **Transaction Amount** | **Clothing** |
|---|---|---|---|
| 02/25/2021 | Sixth & Central Los Angeles, CA | $800.00 | Black Adidas duffle bag |
| 03/13/2021 | Sixth & Central Los Angeles, CA | $1,000.00 | Black Adidas duffle bag |
| 03/13/2021 | Figueroa & 31st Los Angeles, CA | $1,000.00 | Black "USC" sweater |
| 04/01/2021 | Sixth & Central Los Angeles, CA | $720.00 | Black Adidas duffle bag |
| 04/09/2021 | Figueroa & 31st Los Angeles, CA | $1,000.00 | White fedora hat |

43. At approximately 12:18 p.m., SIXTOS entered a public bus traveling south on South Central Avenue. At approximately 12:50 p.m., SIXTOS exited the public bus and entered a Pawn Shop located at the intersection of Firestone Boulevard and South Central Avenue. At approximately 1:11 p.m., SIXTOS entered a second public bus and continued north on South Central Avenue.

44. From approximately 1:28 p.m. to approximately 4:27 p.m., SIXTOS was walking in the Los Angeles area near the University of Southern California campus. Between approximately 1:28 p.m., and approximately 4:27 p.m., SIXTOS entered a DMV office and later the Department of Public Social Services office located at 2707 South Grand Avenue in Los Angeles, CA 90007 ("Social Services"). While SIXTOS was at the Social Services

building, Postal Inspector Durocher saw SIXTOS filling out what appeared to be a form.

45. From approximately 4:55 p.m. to approximately 6:00 p.m., SIXTOS was seen traveling in different public buses.

46. As of September 19, 2021, I have been unable to get location data from the Subject Telephone. In my training and experience, this happens when the phone is turned off, which may occur for nonpayment.

## CONCLUSION

47. For all of the reasons described above, there is probable cause to believe that SANTOS MENA SIXTOS has committed violations of Title 18, United States Code, Sections 1344(2) and 1028A.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __1st__ day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
ALKA SAGAR